IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DONALD FELDER, | : | |
| | : | 5:06-cv-253 (CAR) |
| Petitioner, | : | |
| | : | |
| vs. | : | HABEAS CORPUS |
| | : | 28 U.S.C. § 2254 |
| PAUL THOMPSON, Warden, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 13) to dismiss the above-captioned petition for federal habeas corpus relief because it was untimely filed. Petitioner filed an Objection (doc. 14) to the Recommendation, claiming that the denial of his habeas petition "will only serve [to] further deny review of meritorious due process and constitutional errors." (Objec., doc. 14, at 1.) The "meritorious due process and constitutional errors" raised by Petitioner in his Objection are unavailing, however, as Petitioner did not file the instant petition for federal habeas corpus relief within the one-year period applicable under the Antiterrorism and Effective Death Penalty Act, 22 U.S.C. § 2244(d). Accordingly, the United States Magistrate Judge's Recommendation (doc. 20) that Respondent's Motion to Dismiss (doc. 8) be **GRANTED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 18th day of June, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/aeg